E-FILED
Thursday, 25 October, 2012  01:47:07 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 12 -CV- 2123 |
| CARTER CONSTRUCTION SERVICES, INC., an Illinois corporation, | ) ) ) | JUDGE HAROLD A. BAKER |
| Defendant. | ) ) | |

### MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of default judgment against Defendant, CARTER CONSTRUCTION SERVICES, INC., an Illinois corporation, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, in an amount to be established at a prove-up hearing, including Plaintiffs' court costs and reasonable attorneys' fees.

On May 9, 2012, the Summons and Complaint were served on the Registered Agent (by tendering a copy of said documents to Stephanie Haderson) at his place of business.  Therefore, Defendant's answer was due on May 31, 2012.  On August 8, 2012, Plaintiffs filed a motion for default (Docket # 9).  At a hearing on October 18, 2012, the Court granted Plaintiffs' motion for default and set a further status hearing in the case for December 7, 2012 at 10:00 a.m.  As Defendant has failed to timely answer the Complaint, and for the reasons more fully set forth in Plaintiffs' Memorandum in Support filed contemporaneously herewith, Plaintiffs respectfully request entry of default judgment.

/s/   Patrick N. Ryan

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that he mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of October 2012:

> Mr. Kenneth L. Carter, Registered Agent
> Carter Construction Services, Inc.
> 1600 North Oak Street
> Champaign, IL   61820

> /s/   Patrick N. Ryan

> Patrick N. Ryan
> Attorney for Plaintiffs
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL  60606-5231
> Bar No.: 6278364
> Telephone: 312/236-4316
> Telefax: 312/236-0241
> Email: pryan@baumsigman.com

I:\CIW\Carter Construction\#23779\motion for default judgment.pnr.df.wpd