IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 12 -CV- 2123 |
| CARTER CONSTRUCTION SERVICES, INC., an Illinois corporation, | ) ) ) ) | JUDGE HAROLD A. BAKER |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Mr. Kenneth L. Carter, Registered Agent
Carter Construction Services, Inc.
1600 North Oak Street
Champaign, IL  61820

YOU ARE HEREBY NOTIFIED that on the 25th day of October 2012, counsel for the Plaintiffs, TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, filed electronically with the Clerk of the United States District Court for the Central District of Illinois Plaintiffs' Motion for Entry of Default Judgment.  A copy of said document is hereby served upon you.

/s/   Patrick N. Ryan
Patrick N. Ryan
Attorneys for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: 312/236-4316
Telefax: 312/236-0241
Email: pryan@baumsigman.com
I:\CIW\Carter Construction\#23779\notice of filing.default jdgmt 10-25-12.pnr.kp.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Filing) with the Clerk of Court using the CM/ECF system, and further certifies that he mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of October 2012:

    Mr. Kenneth L. Carter, Registered Agent
    Carter Construction Services, Inc.
    1600 North Oak Street
    Champaign, IL   61820


    /s/   Patrick N. Ryan

    Patrick N. Ryan
    Attorney for Plaintiffs
    BAUM SIGMAN AUERBACH & NEUMAN, LTD.
    200 West Adams Street, Suite 2200
    Chicago, IL  60606-5231
    Bar No.: 6278364
    Telephone: 312/236-4316
    Telefax: 312/236-0241
    Email: pryan@baumsigman.com

I:\CIW\Carter Construction\#23779\notice of filing.default jdgmt 10-25-12.pnr.kp.wpd