IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 12-CV-2123 |
| CARTER CONSTRUCTION SERVICES, INC., an Illinois corporation, | JUDGE HAROLD A. BAKER |
| Defendant. | |

## JUDGMENT ORDER

On May 2, 2012, Plaintiffs, Trustees of Construction Industry Welfare Fund of Central Illinois, filed their Complaint (#1) against Defendant, Carter Construction Services, Inc. On May 17, 2012, Plaintiffs filed a Summons Returned Executed (#5) which showed that Defendant was served with summons on May 9, 2012. The record shows that Defendant has not filed any response to Plaintiffs' Complaint. On August 8, 2012, Plaintiffs filed a Motion for Entry of Default (#9), which was granted at an in court hearing on October 18, 2012. The case was set for further status on December 7, 2012. On October 25, 2012, Plaintiffs filed a Motion for Default Judgment (#11) Notice of Filing (#12) and Memorandum in Support (#13), indicating that evidence as to the amounts would be presented at the hearing on December 7, 2012. The court has carefully considered the evidence presented by Plaintiffs at the hearing on December 7, 2012, and concludes that Plaintiffs are entitled to the relief requested.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' Motion for Entry of Default Judgment (#11) is GRANTED.

2. Judgment is entered in favor of Plaintiffs and against Defendant in the total amount of $56,722.20, itemized as follows:

   A. $33,465.06 for unpaid contributions for the months of September and October 2012;

   B. $14,426.79 for liquidated damages on contributions paid late, or remaining unpaid for February to October 2012;

   C. $1,614.32 for interest on contributions paid late, or remaining unpaid for February to October 2012;

   D. $930.56 for the costs of conducting the payroll compliance review;

   E. $5,655.50 for Plaintiffs' reasonable attorneys' fees; and

   F. $629.97 for Plaintiffs' costs of these proceedings.

3. This case is terminated.

ENTERED this 7th day of December, 2012.
   s/Harold A. Baker
/s/ _____