# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Trustees of Construction Industry**
**Welfare Fund of Central Illinois,**   )
    Plaintiffs,   )
       )
    vs.   )   Case Number:   12-2123
       )
       )
**Carter Construction Services, Inc.,**   )
**an Illinois Corporation,**   )
    Defendant.   )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiffs' Motion for Entry of Default Judgment [11] is Granted.  Judgment is entered in favor of Plaintiffs and against Defendant in the total amount of $56,722.20, itemized as follows:  $33,465.06 for unpaid contributions for the months of September and October 2012; $14,426.79 for liquidated damages on contributions paid late, or remaining unpaid for February to October 2012; $1,614.32 for interest on contributions paid late, or remaining unpaid for February to October 2012; $930.56 for the costs of conducting the payroll compliance review; $5,655.50 for Plaintiffs' reasonable attorneys' fees; and $629.97 for Plaintiffs' costs of these proceedings.  This case is terminated.

**Dated:**  December 7, 2012

                        s/ Kenneth A. Wells
                        Kenneth A. Wells
                        Clerk, U.S. District Court